# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRUBIEL BARBOSA AND ADRIANA BARBOSA, Husband and Wife;<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY; and DOES 1-10, inclusive;<br><br>Defendants. | Case No.: 2:17-cv-07479-SVW-JC<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION**<br><br>JS-6 |

On November 21, 2017, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' Stipulation to Remand Removed Action is approved;

2. Central District of California case number 2:17-cv-07479-SVW-JC styled <u>IRUBIEL BARBOSA AND ADRIANA BARBOSA, Husband and Wife</u> v. ALLSTATE INSURANCE COMPANY is hereby remanded to Los Angeles County Superior Court – Central District.

3. Because the action was not improvidently removed, all parties shall bear their own costs and attorneys' fees associated with the removal and remand of

this action to the Los Angeles Superior Court.

The Initial Status Conference set for November 27, 2017 at 3:00 p.m. is vacated and off-calendar.

**IT IS SO ORDERED.**

Date: November 22, 2017

_____
UNITED STATES DISTRICT JUDGE